JODI LINKER Cal Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL Cal Bar No. 242797
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       Candis_Mitchell@fd.org

Counsel for Defendant  Udo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 26–131 RFL |
| Plaintiff, | **Stipulation and [~~Proposed~~] Order to Continue Status Conference** |
| v. | |
| **Etop Offiong Udo,** | |
| Defendant. | |

The above captioned matter is currently scheduled for a bond hearing on June 1, 2026. Pretrail Services needs additional time to complete their post-bail interview and the parties are thus requesting a continuance of the matter to June 16, 2026, at 11:00 a.m. on the criminal duty calendar.

The government has no objection to this proposed continuance.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
*UDO*, CR 26–131 RFL

1

IT IS SO STIPULATED.

Dated:      June 1, 2026

JODI LINKER
Federal Public Defender
Northern District of California

                    /S
CANDIS MITCHELL
First Assistant Federal Public Defender


Dated:      June 1, 2026

CRAIG MISSAKIN
United States Attorney
Northern District of California

                    /S
ELISABETH WISTAR WILSON
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
*UDO*, CR 26–131 RFL

2

**[~~PROPOSED~~] ORDER**

Therefore, for good cause shown, the bond hearing currently scheduled on June 1, 2026, shall be continued until June 16, 2026 at 11 a.m. on the criminal duty calendar.


IT IS SO ORDERED.


Dated:   June 1, 2026

THOMAS S. ~~HIXON~~ Hixson
United States Magistrate Judge