**PROPOSED ORDER/COVER SHEET**

TO:    **Honorable Thomas S. Hixson**        RE:   **UDO, Etop Offiong**
        **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**        **Docket No.:**   **3:26-cr-00131-RFL**
        **U.S. Pretrial Services Officer**

Date:    **6/16/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Allyse Johnson            415-436-7508

U.S. Pretrial Services Officer        **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____  Presiding  District Court Judge _____

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**ADD** the following conditions to the defendant's bond:

1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed by Pretrial Services;
2. Defendant must continue or actively seek employment, providing verification as directed by Pretrial Services;
3. Defendant must not use alcohol to excess, and must not use or possess any narcotic or other controlled substance without a legal prescription;
4. Defendant must submit to random drug and/or alcohol testing as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

**JUDICIAL OFFICER**

Thomas S. Hixson

U.S. Magistrate Judge

June 16, 2026

**DATE**